# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNI, LLC; SUNNI III, INC. and SAMMY HINNAWI,<br><br>Plaintiffs,<br><br>v.<br><br>EDIBLE ARRANGEMENTS INTERNATIONAL, LLC,<br><br>Defendant. | Case No. |

## DECLARATION OF CAROLINE M. GILROY

1. I am an individual over the age of eighteen years. The facts set forth herein are based upon my personal knowledge and upon my review of documents which Defendant Edible Arrangements International, LLC ("EAI") maintains in the ordinary course of its business. I would be willing and able to testify thereto if and when called upon to do so.

2. I am currently employed as the General Counsel for EAI.

3. EAI is a Delaware limited liability company. Connecticut is EAI's principal place of business. EAI's headquarters are located in Wallingford, Connecticut. This is the office from which EAI's officers direct, control, and coordinate EAI's activities.

4. The sole member of EAI is Edible Brands, LLC. Edible Brands, LLC is a Delaware limited liability company that has its principal place of business in Connecticut. The majority member of Edible Brands, LLC is Edible Brands, Inc., which is a Connecticut corporation that has its principal place of business in Connecticut. The minority member of Edible Brands, LLC is CP Edible, Inc., which is a Delaware corporation that has its principal place of business in Connecticut.

5. EAI was served with the Petition in the matter entitled *Sunni, LLC, Sunni III, Inc. and Sammy Hinnawi v. Edible Arrangements International, LLC,* pending in the Supreme Court of New York, County of New York ("the State Court Action"), on January 20, 2014.

6. Based on my review of the corporate records maintained by EAI regarding the corporate entities and the individual who are plaintiffs in the State Court Action, Plaintiff Sunni, LLC is a New York limited liability company with its principal place of business in New York. The members of Sunni, LLC are Plaintiff Sammy Hinnawi and Farid Abdullah, both of whom are citizens and residents of New Jersey. In addition, Plaintiff Sunni III, Inc. is a New York corporation with its principal place of business in New York.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 22, 2014

_____
CAROLINE M. GILROY